

136/08/JFK/MAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08 CV 3539

------------------------------------------------------------x
MEDITERRANEAN MARITIME,                    08 CIV.     (     )

                    Plaintiff,           **RULE 7.1 STATEMENT**

  -against-

ILYICHEVSK SHIPREPAIR YARD and
WALVISBAIT, LTD.,

                    Defendants.
------------------------------------------------------------x

      Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification, or recusal, Plaintiff MEDITERRANEAN MARITIME (a private non-governmental party), by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, certifies that it has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
      April 11, 2008

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiff
                              MEDITERRANEAN MARITIME

              By: _____
                   John F. Karpousis. (JK 3020)
                   Manuel A. Molina (MM 1017)

NYDOCS1/302366.1