569-07/DPM/MAM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**SUMMONS IN A CIVIL ACTION**

MEDITERRANEAN MARITIME

       Plaintiff,

v.

CASE NUMBER: 08 CV 3539 

ILYICHEVSK SHIPREPAIR YARD and
WALVISBAIT, LTD.,

       Defendants.

TO:   ILYICHEVSK SHIPREPAIR YARD LTD.
       68001, Ilyichevsk
       Odessa Region, Ukraine

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (NAME AND ADDRESS)

FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
(212) 425 1900
Attn: John F. Karpousis, Esq.
      Manuel A. Molina, Esq.

an answer to the verified complaint which is hereby served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the verified complaint.

J. MICHAEL McMAHON                           APR 1 1 2008

CLERK                                                     DATE

BY DEPUTY CLERK

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me*    Date

_____

NAME OF SERVER (PLEASE PRINT)                TITLE

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE

☐   SERVED PERSONALLY UPON THE DEFENDANT. PLACE WHERE SERVED:


☐   LEFT COPIES THEREOF AT THE DEFENDANT'S DWELLING, HOUSE OR USUAL PLACE OF ABODE WITH A PERSON OF SUITABLE AGE AND DISCRETION THEN RESIDING THEREIN. NAME OF PERSON WITH WHOM THE SUMMONS AND COMPLAINT WERE LEFT WITH:


☐   RETURNED UNEXECUTED:


☐   OTHER                                                                                                  (specify):

## STATEMENT OF SERVICE FEES

TRAVEL                          SERVICES                          TOTAL

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __April , 2008__
           (date)            (Signature of Server)


                             (Address of Server)

Track Shipments/FedEx Kinko's Orders
# Detailed Results

| | | | |
|---|---|---|---|
| **Tracking number** | 863165850253 | **Reference** | 136-08 |
| **Signed for by** | M.BONDAR | **Destination** | ODESSA REGION UA |
| **Ship date** | Apr 22, 2008 | **Service type** | Priority Envelope |
| | | **Weight** | 0.5 lbs. |
| **Status** | Delivered | | |
| **Signature image available** | No | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| May 10, 2008 | 11:00 AM | Delivered | ODESSA REGION UA | |
| May 8, 2008 | 9:06 PM | In transit | KIEV UA | |
| May 7, 2008 | 6:45 PM | In transit | KIEV UA | |
| May 6, 2008 | 7:20 PM | In transit | KIEV UA | |
| May 5, 2008 | 6:50 PM | In transit | KIEV UA | |
| | 9:54 AM | In transit | KIEV UA | |
| | 9:39 AM | In transit | KIEV UA | Package available for clearance |
| Apr 24, 2008 | 8:43 AM | Departed FedEx location | PARIS FR | |
| | 2:58 AM | Departed FedEx location | PARIS FR | |
| | 12:27 AM | Arrived at FedEx location | PARIS FR | |
| Apr 23, 2008 | 9:14 PM | Departed FedEx location | PARIS FR | |
| | 6:41 PM | Arrived at FedEx location | PARIS FR | |
| | 4:13 AM | Departed FedEx location | NEWARK, NJ | |
| | 1:09 AM | Departed FedEx location | NEWARK, NJ | |
| Apr 22, 2008 | 10:49 PM | Left origin | NEW YORK, NY | |
| | 10:47 PM | Arrived at FedEx location | NEWARK, NJ | |
| | 7:54 PM | Left origin | NEW YORK, NY | |
| | 7:29 PM | Picked up | NEW YORK, NY | |

Signature proof | E-mail results | Track more shipments/o

Subscribe to tracking updates (optional)

Your name: [    ]        Your e-mail address: [    ]

| E-mail address | Language | Exception updates |
|---|---|---|
| | English | ☐ |
| | English | ☐ |
| | English | ☐ |
| | English | ☐ |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and Conditions