Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANTS
ILYICHEVSK SHIPREPAIR YARD and WALVISBAIT, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEDITERRANEAN MARITIME,<br><br>Plaintiff,<br><br>-against-<br><br>ILYICHEVSK SHIPREPAIR YARD and WALVISBAIT, LTD.<br><br>Defendants. | 08 Civ. 3539 (DC)<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Michael J. Frevola, attorney for Defendants Ilyichevsk Shiprepair Yard and Walvisbait, Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: Ilyichevsk Shiprepair Yard and Walvisbait, Ltd. are not publicly traded and do not have 10% or more of their shares owned by a publicly traded company.

Dated: New York, New York
       June 2, 2008

HOLLAND & KNIGHT LLP

By: /s/ Michael J. Frevola
Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, New York 10007
(212) 513-3200
*Attorneys for Defendants*